THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* HERBERT B. MOORE (Impleaded), Defendant-Appellant.

(No. 60055; ▮▮▮▮▮▮▮▮▮▮

First District (5th Division)—March 14, 1975.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago (Steven Silets and Suzanne M. Xinos, Assistant Public Defenders, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Peter S. Coorlas, Assistant State's Attorneys, of counsel), for the People.